# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

SHANNON GRAVES                                                                                          PLAINTIFF

v.                                    Case No. 2:23-CV-00079-JTK

KILOLO KIJAKAZI,                                                                                        DEFENDANT
*Acting Commissioner*
Social Security

## ORDER

    Before the Court is Defendant's Unopposed Motion to Reverse and Remand to the Commissioner for further administrative proceedings. (Doc. No. 16) Upon examination of the merits of this case, this Court grants the motion, reverses this case, and remands it to the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

    SO ORDERED this 2nd day of November, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE