# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

SHANNON GRAVES                                                              PLAINTIFF

v.                                    Case No. 2:23-CV-00079-JTK

KILOLO KIJAKAZI,                                        DEFENDANT
*Acting Commissioner*
Social Security

## ORDER

Pending before the Court is Plaintiff Shannon Graves's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. No. 19) Ms. Graves requests a total of $6,325.36 in fees and expenses. (Doc. No. 19) Defendant does not object to this award. (Doc. No. 21) After careful consideration, the Court finds that Ms. Graves should be awarded reasonable attorney's fees and expenses.

EAJA fees are payable to plaintiffs, not plaintiffs' attorneys, and such fees are subject to an offset when a plaintiff has outstanding federal debts. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Therefore, subject to any offset, payment by check to the order of Ms. Graves, in care of her attorney, will issue to her attorney.

Accordingly, the Motion for Attorney's Fees pursuant to the EAJA (Doc. No. 19) is GRANTED. Ms. Graves is awarded $6,325.36.

SO ORDERED this 22nd day of December, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE